In the Matter of the Intermediate Judicial Settlement of the Account of the Ilion National Bank and Trust Company, as Trustee, under the Will of Charles Harter, Deceased.— Decree affirmed, with costs. All concur. (The decree

judicially settles the accounts of a trustee.)   Present — Crosby, P. J., Cunningham Taylor, Dowling and Harris, JJ.